# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Cr. No. 07-20120-Ma** |
| ) | |
| **REGINALD MONDIE** ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

**Katrina U. Earley, Assistant U.S. Attorney** applies to the Court for a Writ to have **Reginald Mondie, Bk #06140300, RNI# 273281** now being detained in the **Shelby County Jail** appear before the Honorable **James H. Allen** on **23rd**, **May, 2007** at **2:00 p.m.** for **initial appearance** and for such other appearances as this Court may direct.

Respectfully submitted this **14th** day of **May**, 2007.

                                                **s/ Katrina U. Earley**
                                                **Assistant U. S. Attorney**
                                                **#19367**

---

Upon consideration of the foregoing Application,

**DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN SHERIFF/WARDEN,**

**YOU ARE HEREBY COMMANDED** to have **Reginald Mondie** appear before the Honorable James H. Allen at the date and time aforementioned.

ENTERED this **14th** day of **May** 2007.

                                                **s/Diane K. Vescovo**
                                                **UNITED STATES MAGISTRATE JUDGE**